**18BA, MEDIATION, CLOSED**

## U.S. District Court
### North Carolina Middle District (Durham)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00167-JAB-PTS

HOLTKAMP v. AU OPTRONICS CORPORATION et al
Assigned to: CHIEF JUDGE JAMES A. BEATY, JR.
Referred to: MAG/JUDGE P. TREVOR SHARP
Demand: $76000
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 15:1 Antitrust Litigation

Date Filed: 3/7/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**LYNNE M. HOLTKAMP,** *on behalf of herself and all others similarly situated in North Carolina*

represented by **ADAM STEIN**
FERGUSON STEIN WALLAS ADKINS
312 W. FRANKLIN ST., STE. 2
CHAPEL HILL, NC 27516
919-933-5300
Fax: 919-967-4953
Email: astein@fergusonstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**AU OPTRONICS CORPORATION**

**AU OPTRONICS CORPORATION AMERICA**

**CHI MEI OPTOELECTRONICS CO., LTD.**

**CHI MEI OPTOELECTRONICS**

USA, INC.

CHUNGHWA PICTURE TUBES, LTD.

FUJITSU LIMITED, INC.

FUJITSU AMERICA, INC.

HANNSTAR DISPLAY CORPORATION

HITACHI, LTD.

HITACHI DISPLAYS, LTD.

HITACHI AMERICA, LTD.

INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.

INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

IPSA ALPHA TECHNOLOGY, LTD.

LG.PHILIPS LCD CO., LTD.

LG.PHILIPS LCD AMERICA, INC.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

PANASONIC CORPORATION OF NORTH AMERICA

MITSUBISHI ELECTRIC CORPORATION

MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.

NEC ELECTRONICS CORPORATION

NEC ELECTRONICS AMERICA, INC.

NEC LCD TECHNOLOGIES, LTD.

SAMSUNG ELECTRONICS COMPANY, LTD.

SAMSUNG ELECTRONICS AMERICA, INC.

SANYO ELECTRIC CO. LTD.

SANYO NORTH AMERICA CORPORATION

EPSON IMAGING DEVICES CORPORATION

SEIKO EPSON CORPORATION

EPSON AMERICA, INC.

EPSON ELECTRONICS AMERICA, INC.

SHARP CORPORATION

SHARP ELECTRONICS CORPORATION

S-LCD CORPORATION

SYNTAX-BRILLIAN CORP.

TOSHIBA CORPORATION

TOSHIBA AMERICA, INC.

TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.

JOHN DOES 1-100

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 3/7/2007 (p.5) | 1 | COMPLAINT - *CLASS ACTION* against all defendants ( Filing fee $ 350 receipt number 292908.), filed by LYNNE M. HOLTKAMP. (STEIN, ADAM) (Entered: 3/7/2007) |
| 3/7/2007 (p.37) | 2 | CIVIL COVER SHEET, filed by LYNNE M. HOLTKAMP.(STEIN, ADAM) (Entered: 3/7/2007) |
| 3/8/2007 | | CASE REFERRED to Mediation pursuant to Local Rule 83.9b of the Rules of Practice and Procedure of this Court. Please go to our website form directory for a list of mediators which must be served on all parties. (McClain, Abby) (Entered: 3/8/2007) |
| | | Summons Issued as to HANNSTAR DISPLAY CORPORATION, HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI AMERICA, LTD., INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD., INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., IPSA ALPHA TECHNOLOGY, LTD., LG.PHILIPS LCD CO.,LTD., LG.PHILIPS LCD AMERICA, INC., MATSUSHITA ELECTRIC |

| | | |
|---|---|---|
| 3/9/2007 (p.39) | 3 | INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC & ELECTRONICS USA, INC., NEC ELECTRONICS CORPORATION, NEC ELECTRONICS AMERICA,INC., NEC LCD TECHNOLOGIES, LTD., SAMSUNG ELECTRONICS COMPANY, LTD., SAMSUNG ELECTRONICS AMERICA, INC., SANYO ELECTRIC CO. LTD., SANYO NORTH AMERICA CORPORATION, EPSON IMAGING DEVICES CORPORATION, SEIKO EPSON CORPORATION, EPSON AMERICA, INC., EPSON ELECTRONICS AMERICA, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, S-LCD CORPORATION, SYNTAX-BRILLIAN CORP., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., AU OPTRONICS CORPORATION, TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD., AU OPTRONICSCORPORATION AMERICA, JOHN DOES 1-100, CHI MEI OPTOELECTRONICS CO., LTD., CHI MEI OPTOELECTRONICS USA, INC., CHUNGHWA PICTURE TUBES, LTD., FUJITSU LIMITED, INC., FUJITSU AMERICA, INC. (Additional Summons Attachments: # (1) # (2) # (3) # (4) # (5) # (6) # (7) # (8) # (9) # (10) # (11) # (12) # (13) # (14) # (15) # (16) # (17) # (18) # (19) # (20) # (21) # (22) # (23) # (24) # (25) # (26) # (27) # (28) # (29) # (30) # (31) # (32) # (33) # (34) # (35) # (36) # (37))(McClain, Abby) Modified on 3/9/2007 (McClain, Abby). (Entered: 3/9/2007) |
| 3/9/2007 (p.115) | 4 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 3/9/2007) |
| 6/4/2007 (p.116) | 5 | CONDITIONAL TRANSFER ORDER (CTO-1) transferring this action under 28 U.S.C. 1407 to the Northern District of California. Re: MDL 1827. (Welch, Kelly) (Entered: 6/26/2007) |
| 6/26/2007 (p.117) | 6 | MDL Transfer Letter from Clerk's Office sent via e-mail to Northern District of California. (Welch, Kelly) (Entered: 6/26/2007) |

USCA4 4